INSURANCE PRESS, Appellant, *v.* MONTAUK FIRE DETECTING WIRE COMPANY et al., Respondents.

*Insurance Press* v. *Montauk F. D. Wire Co.*, 83 App. Div. 259, affirmed. (Argued May 5, 1904; decided May 20, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 18, 1903, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at Special Term.

*A. Walker Otis* for appellant.

*Theodore B. Chancellor, William M. K. Olcott, Henderson Peck, Irving L. Ernst* and *Henry L. Washburn* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and CULLEN, JJ. Not voting: PARKER, Ch. J.

----

SARAH IRENE LANE, as Administratrix of the Estate of CHARLES W. D. LANE, Deceased, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Lane* v. *Brooklyn Heights R. R. Co.*, 85 App. Div. 85, affirmed. (Argued May 5, 1904; decided May 20, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 22, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*I. R. Oeland* and *George D. Yeomans* for appellant.

*James C. Cropsey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, BARTLETT, MARTIN, VANN and CULLEN, JJ. Not voting: PARKER, Ch. J., and GRAY, J.